BEFORE THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELIUD GARCIA ORTIZ, JOSE LUIS MACIAS, JUAN RIVERA AND JOSE PACHECO, | § § § § | |
| PLAINTIFFS, | § § § | CAUSE NO. 4:11-cv-02152 |
| v. | § § § § | |
| HONGHUA AMERICA, LLC, | § § | |
| DEFENDANT | § | |

## ORDER GRANTING MOTION TO DISQUALIFY

It is ORDERED that Defendant's Motion to Disqualify Plaintiffs' Counsel is GRANTED. Therefore, it is

ORDERED that Annie Basu, Stephen Zajonc, and all attorneys employed by or affiliated with The Basu Law Firm, PLLC, including Douglas Welmaker, are hereby disqualified from representing Plaintiffs. It is further,

ORDERED that Annie Basu, Stephen Zajonc, Douglas Welmaker, and the Basu Law Firm, PLLC, are hereby discharged from representing Plaintiffs. And,

Finally, Plaintiffs shall have __45__ days to secure new counsel, during which time this action shall be stayed.

SIGNED this 24th day of May, 2012, in Houston, Texas.

Hon. ~~Sim Lake~~ /s/ Nancy Johnson